| | | |
|---|---|---|
| ANN MARIE CARRERO, ELIZABETH ANN CARRERO AND NANCY CARRERO VINCI | * | NO. 2019-CA-0158 |
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| VERSUS | * | STATE OF LOUISIANA |
| MANDINA'S, INC. D/B/A MANDINA'S RESTAURANT | * | |
| | * | |

\* \* \* \* \* \* \*

**BELSOME, J., CONCURS IN THE RESULT**